IN THE UNITED STATES BANKTUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** | **Case no.  15-04784   (MCF)** |
| ELVIS DIAZ REYES | **Chapter  13** |
| **Debtor(s)** | |

**MOTION TO WITHDRAW CLAIM 1**

**TO THIS HONORABLE COURT:**

 **COMES NOW**, Creditor, Banco Santander Puerto Rico (hereafter referred to as "BSPR"), through the undersigned legal representation, and very respectfully **STATES, ALLEGES AND PRAYS** as follows:

 1.  On July 6, 2015, BSPR filed unsecured claim number 1. *See*, Claim 1   .

 2.  Said claim was duplicated due to an involuntary error. This account was transferred to Midland Credit Management *o*n July 2013.

 3.  We offer our apologies to this Honorable Court and respectfully request that it allow the withdrawal of Claim number 1.

 **WHEREFORE** the appearing party respectfully requests that this Honorable Court take notice of the foregoing facts and, consequently, **WITHDRAW CLAIM NO. 1.**

 **RESPECTFULLY SUBMITTED.**

 In San Juan, Puerto Rico on July 10, 2015.

 **WE HEREBY CERTIFY** that on this day we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to all appearing parties in the above captioned bankruptcy proceeding.

*Counsel for Creditor*
*Banco Santander Puerto Rico, Inc.:*
P.O. Box 362589
San Juan, Puerto Rico 00936-2589
Tel. (787) 625-6526; Fax (787) 522-7486

*S/Alejandro Camporreale Mundo*
**ALEJANDRO CAMPORREALE MUNDO**
USDC-PR No. 223901
E-mail: alejandro.camporreale@bspr.com

1