IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ELVIS DIAZ REYES

DEBTOR

CASE NO 15-04784 MCF

CHAPTER 13

**DEBTOR'S REPLY TO *TRUSTEE'S MOTION TO DISMISS*
DOCKET NO. 39**

TO THE HONORABLE COURT:

**COMES NOW, ELVIS DIAZ REYES**, the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Chapter 13 Trustee filed a *Trustee's Motion to Dismiss*, Docket No. 39, stating that the Debtor failed to provide the Chapter 13 Trustee tax refunds received by the Debtor for the years 2015, 2016, 2017, 2018 and 2019, that this Honorable Court had Ordered the Debtor to submit the same as per *ORDER*, Docket No. 34, and that the Debtor was in arrears in the Plan payments to the Trustee, thus, requesting that the present case be dismissed.

2. That on October 29, 2020, the Debtor submitted to the Chapter 13 Trustee (uploaded to the Trustee's system) copies of the Debtor's 2015, 2016, 2017, 2018 and 2019 tax returns.

3. That the Debtor's 2015-2019 tax returns reflect that the Debtor did receive tax refunds for the years 2015-2019. That the Debtor respectfully states that he was unaware/forgot to pay to the Trustee all tax refunds received during the life of the Plan and/or to request prior authorization for the use of said funds.

4. Notwithstanding, on November 12, 2020, the Debtor sent to the Chapter 13 Trustee via regular U.S. Mail four (4) money orders numbers 22147002243, 22147002244,

Page – 2-
Debtor's Reply to Trustee's Motion to Dismiss
Case no. 15-04784 MCF13

22147002245, and 22147002246, each in the sum of $1,000.00, for a total paid-in of $4,000.00, to cover for the unpaid tax refunds received during the life of the Plan.

5. That the aforementioned sum of $4,000.00 increases the Plan base to $27,036.00, which sum pays all creditors and specifically the General Unsecured creditors in full (100%), increasing distribution to the General Unsecured creditors from a 28.31% to a 100%, in the above captioned case.

6. Furthermore, on October 13, 2020, the Debtor paid the sum of $407.00, to cover the Plan arrears in the present case. The Debtor has completed all payments under the confirmed Plan, completing the Plan base of 23,036.00. Attached is copy of Trustee's *Financial Summary Report* which reflects the aforementioned $407.00 Plan payment and a confirmed Plan paid-in base of $23,036.00.

**WHEREFORE** the Debtor, through his undersigned attorney, respectfully prays that Trustee's motion requesting dismissal, Docket No. 39, be denied.

**I HEREBY CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF system which will send notifications of such to the Chapter 13 Trustee and to all other CM/ECF participants; I also certify that I have mailed by United States Postal Service copy of this motion to the following non-participant: the Debtor, Elvis Diaz Reyes, HC 1 Box 5574 Gurabo PR 00778, in the above captioned case.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 17th day of November, 2020.

/s/ **Roberto Figueroa Carrasquillo**
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR THE DEBTOR
PO BOX 186 CAGUAS PR 00726-0816
TEL 787-744-7699 787-963-7699
FAX 787-746-5294
EMAIL: rfc@rfigueroalaw.com



## FINANCIAL SUMMARY - CASE 15-04784

Print Page | Printer Friendly

[ Receipts ] [ Rcpts/Deb Refunds ] [ Disbursements ] [ Adjustments ] [ Trustee Disb ] [ Trustee Adj ] [ Show All ]

Limits: Select Start Date ∨ | Select Claim ID ∨ | Select Payee Name ∨ Check Status: Cleared | Stale Dated | Stop Payment | Cancelled

| Date | Payee | Payee Name | Source / Check | Description | Receipts | Disburse |
|---|---|---|---|---|---|---|
| 10/13/2020 | | | 000000000006854 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 6/11/2020 | | | | TFS - NATIONWIDE TFS RECEIPT | $407.00 | |
| 5/11/2020 | | | | TFS - NATIONWIDE TFS RECEIPT | $407.00 | |
| 4/13/2020 | | | | TFS - NATIONWIDE TFS RECEIPT | $407.00 | |
| 3/9/2020 | | | 000000000008206 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 2/7/2020 | | | 000000000005368 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 1/7/2020 | | | 000000000008475 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 12/9/2019 | | | 000000000002245 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 11/8/2019 | | | 000000000002736 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 10/8/2019 | | | 000000000006650 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 9/9/2019 | | | 000000000003200 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 8/8/2019 | | | 000000000008988 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 7/8/2019 | | | 000000000003533 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 6/11/2019 | | | 000000000005850 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 5/6/2019 | | | 000000000005316 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 4/10/2019 | | | 000000000001480 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 3/11/2019 | | | 000000000008288 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 2/11/2019 | | | 000000000002525 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 1/8/2019 | | | 000000000000056 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 12/10/2018 | | | 000000000005680 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 11/9/2018 | | | 000000000001482 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 10/5/2018 | | | 000000000009403 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 9/4/2018 | | | 000000000001134 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 8/6/2018 | | | 000000000000334 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 7/9/2018 | | | 000000000008565 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 6/8/2018 | | | 000000000000220 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 5/7/2018 | | | 000000000000338 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 4/6/2018 | | | 000000000006555 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 3/12/2018 | | | 000000000000143 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 2/9/2018 | | | 000000000000310 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 1/16/2018 | | | 000000000009417 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 12/18/2017 | | | 000000000003940 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 11/27/2017 | | | 000000000008534 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 11/7/2017 | | | 000000000000625 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 8/28/2017 | | | 000000000005043 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 8/18/2017 | | | 000000000000900 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 7/26/2017 | | | 000000000003330- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 6/13/2017 | | | 000000000007727- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 5/18/2017 | | | 000000000006801- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 4/3/2017 | | | 000000000009352- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 2/28/2017 | | | 000000000009028- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 1/17/2017 | | | 000000000003761- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 12/19/2016 | | | 000000000007814- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 12/12/2016 | | | 000000000004851- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 11/8/2016 | | | 000000000002117- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |
| 10/13/2016 | | | 000000000001261- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $407.00 | |

| Date | | | Reference | Description | Amount | |
|---|---|---|---|---|---|---|
| 9/6/2016 | | | 000000000005262- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $514.00 | |
| 8/5/2016 | | | 000000000005405- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | |
| 7/18/2016 | | | 000000000003028- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | |
| 6/10/2016 | | | 000000000000806- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | |
| 5/18/2016 | | | 000000000001296- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | |
| 4/7/2016 | | | 000000000003884- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | |
| 2/17/2016 | | | 000000000008062- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | |
| 2/4/2016 | | | 000000000004640- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | |
| 1/4/2016 | | | 000000000001457- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | |
| 12/2/2015 | | | 000000000007097- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | |
| 10/26/2015 | | | 000000000007098- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | |
| 9/30/2015 | | | 000000000001520- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | |
| 8/19/2015 | | | 000000000003534- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $250.00 | |
| 7/20/2015 | | | 000000000008624- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $250.00 | |
| | | | | Totals: | $23,036.00 | |