*UNITED STATES BANKRUPTCY COURT*
*District of Puerto Rico*

| | |
|---|---|
| *In re:* <br><br> *ELVIS DIAZ REYES* <br><br><br> *xxx–xx–5934* <br><br> Debtor(s) | **Case No. 15–04784 MCF** <br><br> **Chapter 13** <br><br><br><br> FILED & ENTERED ON *12/15/20* |

*NOTICE OF INTENT TO CLOSE CHAPTER 13 BANKRUPTCY CASE WITHOUT DISCHARGE*

Upon the Trustee's certification to close the case without discharge (Docket #43 ) the following certification(s) is/are missing:

☐ Pursuant to FR1007 (b) (7) certification of Financial Management course.

> Unless the debtor certifies that no personal financial management course is required because of: Incapacity or disablity, as defined in 11 USC §109(h)(4); Active military duty in a military combat zone; or Residence in a district in which the United States trustee ( *or bankruptcy administrator* ) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

☑ Pursuant to PR–LBR 3015–3 (k) certification of Domestic Support Obligation.
☐ Pursuant to USC Section 1328 (f) (1) and or (2).
☐ Other

Please take notice that this bankruptcy case will be closed without entry of the discharge unless the above mentioned certification is/are file within fourteen (14) days of this notice no later than Tuesday, December 29, 2020 . Once closed, the debtor will be required to pay a re–opening fee in order to later file the required certificate and seek the issuance of a discharge order.

San Juan, Puerto Rico, **The 15th of December, 2020** .

*MARIA DE LOS ANGELES GONZALEZ*
Clerk of the Court
By: *MARIA TERESA FRONTERA*
Deputy Clerk